IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNRISE BUILDERS, INC.,<br>      Petitioner/Plaintiff,<br>v.<br><br>CLAYTON COUNTY, GEORGIA; CLAYTON COUNTY BOARD OF COMMISSIONERS; JEFFREY E. TURNER, SONNA SINGLETON GREGORY, GAIL HAMBRICK, FELICIA FRANKLIN and DEMONT DAVIS, in their individual and official capacities; CLAYTON COUNTY ZONING ADVISORY GROUP; and HERMAN TURNER, ADDIE WHITTAKER, KEVIN LEWIS, KEITH PARKER, ARNOLD GOODSON, HERSHEL TRAWICK and CARLTON HOLLOWAY, in their individual and official capacities,<br>      Defendants,<br>and<br><br>CLAYTON COUNTY, GEORGIA; CLAYTON COUNTY BOARD OF COMMISSIONERS; JEFFREY E. TURNER, SONNA SINGLETON GREGORY, GAIL HAMBRICK, FELICIA FRANKLIN and DEMONT DAVIS, in their individual and official capacities; CLAYTON COUNTY ZONING ADVISORY GROUP; and HERMAN TURNER, ADDIE WHITTAKER, KEVIN LEWIS, KEITH PARKER, ARNOLD GOODSON, HERSHEL TRAWICK and CARLTON HOLLOWAY, in their individual and official capacities,<br>      Respondents. | CIVIL ACTION FILE NO.<br><br>(Clayton County Superior Court 2021CV00165-10) |

# NOTICE OF REMOVAL

COME NOW Defendants Clayton County, Georgia; Clayton County Board of Commissioners; Jeffrey E. Turner, Sonna Singleton Gregory, Gail Hambrick, Felicia Franklin, and Demont Davis, in their individual and official capacities; Clayton County Zoning Advisory Group; and Herman Turner, Addie Whittaker, Kevin Lewis, Keith Parker, Arnold Goodson, Hershel Trawick, and Carlton Holloway, in their individual and official capacities, ("Defendants") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, file this Notice of Removal from the Superior Court of Clayton County, showing the Court as follows:

1. Plaintiff filed this action against the Defendants in the Superior Court of Clayton County on January 14, 2021, where it was assigned civil action number 2021CV00165-10. A copy of the Petition for Writ of Certiorari, Appeal, and Verified Complaint is attached as Exhibit A, and all process, other pleadings, and orders served upon the Defendants is attached as Exhibit B, including Defendants' Answer to Petition for Writ of Certiorari, Appeal, and Verified Complaint.

2. Defendants Kevin Lewis, Addie Whittaker, Herman Turner, The Zoning Advisory Group, Arnold Goodson, Hershel Trawick, Carlton Holloway, Clayton County, Georgia, Clayton County Board of

Commissioners, Jeffrey Turner, and Keith Parker were personally served on January 19, 2021. Defendants Sonna Singleton Gregory, Gail Hamrick, Felicia Franklin, and Demont Davis acknowledged service of process on January 29, 2021. Therefore, this Notice of Removal is timely filed within thirty (30) days of service. *See* 28 U.S.C. § 1446(b)(1), (2)(B).

3. Petitioner/Plaintiff Sunrise Builders, Inc. is incorporated under the laws of the State of Georgia with its principal place of business in Georgia. (Compl., ¶ 3). As such, Sunrise Builders, Inc. is a citizen of Georgia for purposes of federal court jurisdiction.

4. The Complaint filed by Petitioner/Plaintiff Sunrise Builders, Inc. contains extensive federal claims, including claims pursuant to the Fifth and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and 42 U.S.C. § 1988. (Compl. ¶¶ 45, 47, 57, 69-77, 81). As such this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

5. All Defendants consent to the removal of this action.

6. Although Respondents as to the Petition for Writ of Certiorari and Writ of Mandamus have fulfilled their statutory obligations to file the record and respond to and answer the Petition for Writ of Certiorari, Appeal,

and Verified Complaint, to the extent that they are deemed necessary party Defendants in this removal, their counsel as Respondents, E. Charles Reed, Jr., has consented to this removal.  Therefore, all Defendants have consented to this removal.

7. Defendants will file a Notice of Filing of this Notice of Removal with the Clerk of the Superior Court of Clayton County, Georgia, with service on Plaintiff's counsel, as shown on Exhibit C.

WHEREFORE, this Court now has jurisdiction over this action.

Respectfully submitted this 18th day of February, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
dmaine@fmglaw.com
AMY B. COWAN
Georgia Bar No. 159003
acowan@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

*(Signatures continued on next page)*

CONSENTED TO BY RESPONDENTS IN CERTIORARI AND MANDAMUS:

/S/ E. Charles Reed, Jr._____
E. Charles Reed, Jr.
State Bar Number 597618
John T. O'Neal
State Bar Number 822618
Alero Afejuku
State Bar Number 110755
Attorney for Respondents as to Petition for
Writ of Certiorari and Writ of Mandamus
Clayton County Staff Attorney's Office
112 Smith Street
Jonesboro, Georgia 30236
(770) 473-5957
john.oneal@claytoncountyga.gov

## CERTIFICATE OF COMPLIANCE WITH RULE 5.1 AND CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document was prepared using Times New Roman 14-point font, one of the fonts and typeface sizes allowed under Rule 5.1.

Additionally, I hereby certify that I have filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic notification and copy of such filing on the following attorneys of record who are CM/ECF participants. I further certify that a true and correct copy of the foregoing **Notice of Removal** has also been served by First Class U.S. Mail upon the following.

Andrew J. (Andy) Welch, III
Warren M. Tillery
M. Chase Collum
SMITH, WELCH, WEBB & WHITE, LLC
P.O. Box 10
McDonough, GA 30253

E. Charles Reed, Jr.
John T. O'Neal
Alero Afejuku
Clayton County Staff Attorney's Office
112 Smith Street
Jonesboro, Georgia 30236

Respectfully submitted his 18th day of February, 2021.

> */s/ Dana K. Maine*
> DANA K. MAINE
> Georgia Bar No. 466580
> dmaine@fmglaw.com
> *Attorney for Defendants*