IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUNRISE BUILDERS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-00715-ELR |
| | * | |
| CLAYTON COUNTY, GEORGIA; | * | |
| CLAYTON COUNTY BOARD OF | * | |
| COMMISSIONERS; JEFFREY | * | |
| TURNER, SONNA SINFLETON | * | |
| GREGORY, GAIL HAMBRICK, | * | |
| FELICIA FRANKLIN, and DEMONT | * | |
| DAVIS, in their individual and official | * | |
| Capacities; CLAYTON COUNTY | * | |
| ZONING ADVISORY GROUP; and | * | |
| HERMAN TURNER, ADDIE | * | |
| WHITTAKER, KEVIN LEWIS, KEITH | * | |
| PARKER, ARNOLD GOODSON, | * | |
| HERSHEL TRAWICK, and CARLTON | * | |
| HOLLOWAY, in their individual and | * | |
| Official capacities, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**O R D E R**

The Court **DIRECTS** Plaintiff Sunrise Builders, Inc., to file a Certificate of Interested Persons and Corporate Disclosure Statement in accordance with Local Rule 3.3 within seven (7) days from the date of entry of this order.  If Plaintiff fails to file the Certificate of Interested Persons and Corporate Disclosure Statement

within the seven (7)-day period, the Court **DIRECTS** the Clerk to submit this action to the undersigned.

    **SO ORDERED**, this 24th day of May, 2021.

                                          */s/ Eleanor L. Ross*
                                          Eleanor L. Ross
                                          United States District Judge
                                          Northern District of Georgia